375  BISSELL (Executor) vs. PROBATE JUDGE (Wayne), 58 M., 237.

To require respondent to accept an executor's bond which he states he would feel bound to accept as sufficient, were it not for Act No. 179, Laws of 1885, p. 244, which it is claimed imposes new conditions upon such instruments.

Granted October 14, 1885.

376  COMSTOCK ET AL. vs. CIRCUIT JUDGE (Alpena), No. 16053.

To compel respondent to approve a bond in the penal sum of $250, on appeal by relators from an order appointing a re-·ceiver.

Denied, with costs, February 2, 1897.

Relators and Jos. B. Comstock were partners. Jos. B. Com-·stock died August 17, 1894. In December, 1895, relators filed a bill for an accounting and to close up the partnership matters. At the instance of defendants· a 'receiver was appointed, from which appointment complainants gave notice of appeal and tendered a bond in the sum of $250, which the circuit judge refused to approve. The circuit judge returns that it was made to appear before him that the interest ·of the decedent in said ·co-partnership was worth upwards of $100,000, and the court ·ordered a bond in that sum.